HOME DEPOT, U.S.A., INC., Appellant, v EDWARD B. DUNN et al., Respondents.

Submitted December 29, 2003; decided January 8, 2004

Motion by New York State Conference of Mayors and Municipal Officials for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.